## JACOBUS v. UNITED STATES.

### No. M–411.

Court of Claims.

Dec. 3, 1934.

J. Robert Sherrod, of Washington, D. C. (Henry F. Wolff, of New York City, on the brief), for plaintiff.

Elizabeth B. Davis, of Washington, D. C., and Frank J. Wideman, Asst. Atty. Gen., for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

This case is controlled by the opinion in the case of William H. Jacobus v. U. S. (Ct. Cl.) 9 F. Supp. 41, decided this date.